IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CRYSTAL LYNN,                           )
                                        )
                  Plaintiff,            )
                                        )
v.                                      )
                                        )
CHILD PROTECTIVE SERVICE(S),            )
                                        )
                  Defendants.           )        Civil Action No. 3:18-CV-1616-C

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United

States Magistrate Judge advising that Plaintiff's Complaint, filed June 20, 2018, be dismissed for

want of prosecution pursuant to Fed. R. Civ. P. 41(b). Plaintiff failed to file any objections and

the time to do so has now expired.

The Court has reviewed the Findings, Conclusions, and Recommendation for plain error

and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation

are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated

therein, Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** for want of prosecution.

SO ORDERED this _18th_ day of June, 2018.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE